CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 03 2016

JULIA C. DUDLEY, CLERK
BY: /s/ HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| METAPHYZIC EL-ECTROMAGNETI SUPREME-EL,<br>    Plaintiff, | Civil Action No. 7:16-cv-00374 |
| v. | **FINAL ORDER** |
| GREGORY HOLLOWAY, <u>et al.</u>,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>    Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the amended complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 3rd day of November, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge